AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FRANCISCA GARIBAY, o/b/o G.A. a minor child,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  12-CV-3040-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment is entered for Defendant.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas O. Rice _____ on Motions for Summary Judgment.

.

Date:  08/02/2013 _____

CLERK OF COURT

s/Linda Hansen, Deputy Clerk _____
Signature of Clerk or Deputy Clerk